# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2140

_____

|  |  |  |
|---|---|---|
| Derrick Jones, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| United States of America, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: December 7, 1998
Filed: December 16, 1998

_____

Before BEAM, FLOYD R. GIBSON, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Derrick Jones pleaded guilty to drug and firearms charges, including one count of using or carrying a firearm during and in relation to a drug trafficking offense, in violation of 18 U.S.C. § 924(c). He now brings a 28 U.S.C. § 2255 motion, seeking to vacate his sentence on the section 924(c) conviction under the Supreme Court's decision in <u>Bailey v. United States</u>, 516 U.S. 137 (1995). The district court denied relief, concluding that Jones's claim was procedurally defaulted. In light of the Supreme Court's subsequent decision in <u>Bousley v. United States</u>, 118 S.Ct. 1604, 1611 (1998), we grant a certificate of appealability on the issue of whether Jones is entitled to an opportunity to make a showing of actual innocence overcoming his

procedural default.  We remand the case to the district court for further consideration in light of <u>Bousley v. United States</u>.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.